IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS A. NEUHARD and BARBARA S. NEUHARD, | : : : | Case No. 4:11-cv-01989 |
| Plaintiffs, | : : | |
| v. | : : | (Judge Brann) |
| RANGE RESOURCES– APPALACHIA, LLC, | : : : | |
| Defendant. | : | |

**ORDER**

April 30, 2014

AND NOW, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Range Resources–Appalachia, LLC's Motion for Summary Judgment is DENIED (ECF No. 25).

2. Plaintiff Thomas A. Neuhard and Barbara S. Neuhard's Motion for Summary Judgment is GRANTED (ECF No. 22).

3. The Oil and Gas Lease of June 21, 2006 entered into by the Parties expired by its own terms on June 21, 2011.

4. The clerk is directed to enter judgment in favor of the Plaintiffs and close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge